

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-69 |
| RANDY J. COLLIER, | : | |
| Defendant. | : | |

## INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about March 9, 2005, in the District of Delaware, the defendant herein, RANDY J. COLLIER, with intent to defraud, did pass and sell to another person counterfeited obligations of the United States, that is, counterfeited $10 and $20 Federal Reserve Notes, in the amount of $10,020 in counterfeit notes, which he then knew to be counterfeited, in violation of Title 18, United States Code, Section 472.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Adam Safwat

Dated: July 14, 2005

FILED

JUL 14 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE