IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v.  RANDY COLLIER   CASE NO.  CR 05-69-GMS

The defendant,  RANDY COLLIER , having been scheduled for arraignment on  AUGUST 4, 2005  a continuance having been requested by  DEFENSE COUNSEL  for the following reasons:  DUE TO A SCHEDULING CONFLICT  and the Court, having considered the request, finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to  AUGUST 18, 2005

(2) The period between AUGUST 4, 2005  and  AUGUST 18, 2005  shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 8/9/05

[signature]

FILED

AUG   2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE