AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| RANDY COLLIER | Case Number: CR 05-69-~~UNA~~ GMS |

Wilmington, DE 19 '805

(Name and Address of Defendant)

**REDACTED**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| | 7/28/05 @ 1:00pm |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | |

** Please report to the U.S. Marshal's Service in Room# 100 by 12:00 pm.

To answer a(n)

x  Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __472__

Brief description of offense:

PASSING COUNTERFEIT NOTES

By: /s/ [signature] Deputy Clerk
Signature of Issuing Officer

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

7/18/2005 at Wilmington, DE
Date

FILED
AUG 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: __Via cert mail__

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned __8-24-05__      __DW Thomas__
           Date              Name of United States Marshal

                           _____
                           (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.