UNITED STATES DISTRICT COURT
FOR THE District of Delaware
U. S. District Court – District of Delaware

UNITED STATES OF AMERICA

                Plaintiff,

v.                                 Case No.: 1:05−cr−00069−GMS
                                       Honorable Gregory M. Sleet

Randy J. Collier

                Defendant.

TYPE OF CASE:           Criminal

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      NOTICE OF HEARING as to Randy J. Collier: Change of Plea Hearing set for 11/21/2005 at 10:00 AM in Courtroom 4A before Honorable Gregory M. Sleet. (mmm)

**PLACE**
U. S. District Court – District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

October 11, 2005

                                                          Peter T. Dalleo, Clerk
                                        McDavid, Marie mmm, Deputy Clerk