IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

: Criminal No. 2005-69 GMS

RANDY J. COLLIER

### ORDER TO EXCLUDE TIME

The defendant, Randy J. Collier, was arraigned on August 18, 2005. At the time of his arraignment the defendant, through counsel, requested and received an extension until September 29, 2005, to file pretrial motions. No pretrial motions have been filed. A change of plea hearing has been scheduled before the undersigned on November 21, 2005, at 10:00 a.m. The court concludes that the ends of justice are served by a postponement of this case and that those interests outweigh the best interests of the public and the Defendant in a speedy trial.

For the aforementioned reasons IT IS HEREBY ORDERED THAT:

The time period between September 30, 2005, and November 21, 2005, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
UNITED STATES DISTRICT JUDGE

October __11__, 2005



FILED
OCT 1 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE