

U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

October 11, 2005

**Via Electronic Filing**

The Honorable Gregory M. Sleet
United States District Judge,
District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

    Re:   **United States v. Randy J. Collier**
            **Criminal Action No. 05-69-GMS**

Dear Judge Sleet:

    The Court has scheduled a change of plea hearing in the above-captioned case on November 21, 2005. Enclosed please find a copy of the memorandum of plea agreed to by the parties. An executed original will be submitted at the hearing.

                                    Respectfully submitted,

                                    COLM F. CONNOLLY
                                    United States Attorney

                           BY: _/s/ Adam Safwat_
                               Adam Safwat
                               Assistant United States Attorney

Enclosure

cc:    James Natlie, Esq.
        The Clerk of the Court