

U.S. Department of Justice

United States Attorney's Office
District of Delaware

Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

October 11, 2005

**Via Electronic Filing**

The Honorable Gregory M. Sleet
United States District Judge,
District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

    Re:    United States v. Randy J. Collier
            **Criminal Action No. 05-69-GMS**

Dear Judge Sleet:

    The Court has scheduled a change of plea hearing in the above-captioned case on November 21, 2005. Enclosed please find a copy of the memorandum of plea agreed to by the parties. An executed original will be submitted at the hearing.

                                Respectfully submitted,

                                COLM F. CONNOLLY
                              United States Attorney

                      BY: _____
                            Adam Safwat
                            Assistant United States Attorney

Enclosure

cc:    James Natlie, Esq.
        The Clerk of the Court