IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-cr-69 GMS |
| | : |
| RANDY J. COLLIER | : |
| | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the Change of Plea Hearing regarding the above-named defendant is rescheduled to **11:00 a.m. on Monday, November 21, 2005,** before the Honorable Gregory M. Sleet, United States District Judge, Courtroom 4A, United States Courthouse, 844 King Street, Wilmington, DE.


/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

November 17, 2005