IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-69 GMS |
| | : |
| RANDY COLLIER | : |
| | : |

## NOTICE OF RESCHEDULING

IT IS HEREBY ORDERED that the Sentencing Hearing regarding the above-named defendant is rescheduled to **Tuesday, February 21, 2006, at 10:30 a.m, rather than 11:00 a.m.,** before the Honorable Gregory M. Sleet, United States District Judge, Courtroom 4A, United States Courthouse, 844 King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

February 3, 2006